IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TORGER MCRAE                                                                                           PLAINTIFF

vs.                                           Civil No. 13-CV-1030

DAVID NORWOOD, *et al.*                                                                      DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed August 7, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that this case be dismissed without prejudice on the grounds that Plaintiff has failed to obey an order of the Court, has failed to comply with the Local Rules, and has failed to prosecute this action. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. This case is **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**, this 8th day of September, 2014.

                     /s/ Susan O. Hickey
                     Susan O. Hickey
                     United States District Judge